UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                          :

GABRIEL RAMIREZ CARABALLO,           :
                                            :

               Plaintiff,          :

                                            :

       -v-                   :          26 Civ. 2625 (JPC)

                                            :

CITY OF NEW YORK, *et al.*,          :            ORDER

                                          :

             Defendants.        :

                                          :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     All parties are ordered to appear before the undersigned for a Webex conference on June 23, 2026, at 4:00 p.m., to discuss Defendants' motion for a stay.  *See* Dkt. 25.  At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.  By June 18, 2026, Defendants should submit a letter stating when they expect the disciplinary proceedings involving Officers Bracero and Alcantara will conclude.

     SO ORDERED.

Dated: June 15, 2026
      New York, New York                              _____
                                             JOHN P. CRONAN
                                     United States District Judge